# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3: 05cr89 LAC

CAROLYN ROBINSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __MARCH 12, 2008__
Motion/Pleadings: __MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)__
Filed by __DEFENDANT PRO SE__ on __3/12/08__ Doc.# __204__

RESPONSES:
__GOVERNMENT__ on __3/12/08__ Doc.# __205__
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*
LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 26th day of March, 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b) At sentencing, the Court held the defendant accountable for 6 kilograms of cocaine. Since Amendment 706 to the Sentencing Guidelines applies only to offenses involving cocaine base, the defendant is not eligible for any relief under this amendment.*

                                                    *s/L.A. Collier*
                                                ***LACEY A. COLLIER***
Entered On Docket: _____ By: __  ***Senior United States District Judge***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.